```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20765
    JOSEPHINE DAVIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-4353

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/06/2007 and was confirmed 01/31/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER    7732.63                .00            .00
CITIMORTGAGE INC           CURRENT MORTG        .00                .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE    1133.98                .00            .00
AMERICASH LOAN             UNSEC W/INTER  NOT FILED               .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED               .00            .00
CFC FINANCIAL              UNSEC W/INTER  NOT FILED               .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER  NOT FILED               .00            .00
SBC ILLINOIS               UNSEC W/INTER  NOT FILED               .00            .00
FIFTH THIRD BANK           UNSEC W/INTER  NOT FILED               .00            .00
MEDICREDIT CORPORATION     UNSEC W/INTER  NOT FILED               .00            .00
ASPIRE                     UNSEC W/INTER  NOT FILED               .00            .00
RUSH UNIVERSITY MEDICAL    UNSEC W/INTER  NOT FILED               .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER  NOT FILED               .00            .00
SPRINT                     UNSEC W/INTER  NOT FILED               .00            .00
PULMONARY CONSULTANTS SC   UNSEC W/INTER  NOT FILED               .00            .00
ZOPUB CLINIC               UNSEC W/INTER  NOT FILED               .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY      2,373.00                          2,232.69
TOM VAUGHN                 TRUSTEE                                              194.14
DEBTOR REFUND              REFUND                                                  .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               2,426.83

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,232.69
TRUSTEE COMPENSATION                           194.14
DEBTOR REFUND                                     .00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20765 JOSEPHINE DAVIS
```

```
                              ---------------      ---------------
TOTALS                              2,426.83             2,426.83
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```